# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mahamed Cabdilaahi Awaale | **JUDGMENT IN A CIVIL CASE** |
| Petitioner(s), | |
| v. | Case Number: 25-cv-04551-MJD-JFD |
| Kristi Noem, Pamela Bondi, Todd M. Lyons, Peter Berg, Joel L. Brott, Miguel Vergara, Assistant Field Office Director, Port Isabel Service Processing Center | |
| Respondent(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation **[Doc. 11]** is **ADOPTED**;2

2. The Amended Petition for Writ of Habeas Corpus **[Doc. 6]** is **GRANTED in part**;

3. Respondents must hold a bond hearing in Minnesota in accordance with 8 U.S.C. § 1226(a) to determine Petitioner's ongoing custody within seven days;

4. If Respondents do not provide Petitioner with a bond hearing in Minnesota under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention; and

5. Within seven days of the date of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release.

Date: 12/30/2025                                                          KATE M. FOGARTY, CLERK