UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mahamed Cabdilaahi Awaale,

        Petitioner,

v.

Kristi Noem, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 25-04551 (MJD/JFD)

John Ogden Arnold, Rsc Law, Counsel for Petitioner.

Ana H. Voss, Assistant United States Attorney, Counsel for Federal Respondents.

On December 29, 2025, the Court granted in part Petitioner Mahamed Cabdilaahi Awaale's Amended Petition for Writ of Habeas Corpus. (Doc. 15.) As part of that Order, the parties were required to provide the Court with a status report concerning the results of any bond hearing conducted pursuant to the Order and/or advise the Court regarding Petitioner's release from detention.

On January 5, 2026, the parties provided a joint status update (1) informing the Court that Petitioner had been released from custody on January 3, 2026, (2) stating that the parties agree that the Court's December 29, 2025, declaration that Petitioner is subject to detention under § 1226(a)(1) continues to apply until that

1

declaration is amended, vacated, or overturned; and (3) informing the Court that no issues remain for the Court's resolution.  (Doc. 17.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Mahamed Cabdilaahi Awaale's Amended Petition for Writ of Habeas Corpus **[Doc. 6]** is **DISMISSED without prejudice**.

**LET  JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   January 6, 2026              s/Michael J. Davis
                                      Michael J. Davis
                                      United States District Court