# UNITED STATES DISTRICT COURT

## District of Minnesota

Mahamed Cabdilaahi Awaale,

          Petitioner,

v.

Kristi Noem, Pamela Bondi, Todd M. Lyons,
Peter Berg, Joel L. Brott, Miguel Vergara,
Assistant Field Office Director, Port Isabel
Service Processing Center,

          Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-4551 MJD/JFD

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Mahamed Cabdilaahi Awaale's Amended Petition for Writ of Habeas Corpus

**[Doc. 6]** is **DISMISSED without prejudice**.

Date: 1/6/2026

KATE M. FOGARTY, CLERK